UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**KRISTIE HARPER**,

    Plaintiff,

v.

**STANISLAUS CREDIT CONTROL, INC., et al,**

    Defendants.                              No. 15-cv-287-DRH

**JUDGMENT IN A CIVIL CASE**

    **DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion to Dismiss (Doc 9).

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on April 21, 2015 (Doc. 10) granting Plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:    /s/*Caitlin Fischer*
                                                        **Deputy Clerk**

Dated:  April 24, 2015

Digitally signed by David R. Herndon
Date: 2015.04.24 08:52:18 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT